UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:
STANLEY W. ELLSWICK,         *        CASE NO. 15-41196
    DEBTORS                  *        CHAPTER 13

## AMEND CHAPTER 13 PLAN

Comes now the above named debtor and amends his Chapter 13 Plan as to the following, to-wit:

1. See attached exhibit.

Done on this the 21 day of September, 2015.

/S/Megan C. Carpenter
_____
Megan C. Carpenter
Attorney for Debtor
Campbell & Campbell, P.C.
P. O. Drawer 756
Talladega, AL 35161
(256) 761-1858

CERTIFICATE OF SERVICE

I hereby certify that I have e-mailed a copy of the foregoing amended plan to Linda B. Gore, Trustee at ch13books@bellsouth.net and mailed a copy in the U. S. Mail, postage prepaid to the attached list of creditors on this the 21 day of September, 2015.

/S/Megan C. Carpenter
_____
Megan C. Carpenter

Chapter 13 Plan Summary

Case No. 15-41196 amended

Debtor Stanley W. Ellswick  SSN 4641  Net Monthly Earnings 2097.00
Debtor ___  SSN ___  Number of Dependents ___

I. Plan Payments:
   XX Debtor(s) propose to pay a periodic payment of $ 268.00 ___ weekly ___ bi-weekly ___ semi-monthly XX monthly into the plan; or
   ___ Payroll Deduction Order to ___
   for $ ___ ___ weekly ___ bi-weekly ___ semi-monthly ___ monthly.

   The length of the plan is 36 months, and the total debt to be paid through the plan is $ 9648.00.

II. From the payments received, the Trustee shall make disbursements pursuant to the Bankruptcy Code, including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless the creditor agrees otherwise:

   | CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
   |---|---|---|---|
   | IRS | Taxes | 3000.00 | 83.33/m |
   | | | | |

   B. Total ATTORNEY FEE of $ 3000.00 to be paid as follows: $300.00 at confirmation then $84.00/m for 32 mos and $12.00 for 1 mo

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts

   | Name of Creditor | Total Amount of Debt | Amount of Reg. Payments to be Paid | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
   |---|---|---|---|---|---|---|---|
   | | | ___ by Trustee ___ by Debtor | | | | | |
   | | | ___ by Trustee ___ by Debtor | | | | | |

   2. Secured Debts (not long term debts) to be paid through the Trustee: Adequate Protection will be provided by valuing the collateral as of the filing date of the case so that there will be no decrease in value due to the stay.

   | Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
   |---|---|---|---|---|---|---|---|---|
   | Regional Finance | npm | 2453.62 | 2453.62 | 0 | 2001 Chev S10 | 5.25 | 73.79 | conf |
   | | | | | | | | | |
   | | | | | | | | | |

III. Other debts (not shown in (1) or (2)) above which Debtor(s) propose(s) to pay direct:

   | Name of Creditor | Total Amount of Debt | Amount of Regular Payments | Description of Collateral | Reason for Direct Payment |
   |---|---|---|---|---|
   | | | | | |
   | | | | | |
   | | | | | |

IV. Special Provisions: Debtor(s) will continue to pay pre- and post-petition electrical service in the ordinary course of business as adequate assurance of future payment under Title 11 U.S.C. § 366.
   ___ This is an original plan.
   X This is an amended plan replacing the plan dated 07/30/2015.
   XX SECURED CLAIM HOLDERS WILL BEGIN RECEIVING DISTRIBUTIONS BEGINNING: confirmation , 20___.
   XX This plan proposed to pay unsecured creditors approximately 0 %
   XX Other provisions: 1. Debtor rejects the lease to Own with Aaron. 2. Debtor will offer any proceeds that he may received from possible law suit against Advance American, aka Cash Advance, Check Depot, QC Financial Service, Check into Cash of Ala

/s/Megan C. Carpenter
CAMPBELL & CAMPBELL, PC  Dated: 09/21/2015  /s/Stanley W. Ellswick
400 S. Court Square  Signature of Debtor
P. O. Drawer 756
Talladega, AL 35161  Quatum3 Group, LLC Agent for Sadino Funding, to the
(256) 761-1858  Chapter 13 Trustee to be paid in his plan.
  Signature of Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 15-41196-JJR13<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Mon Sep 21 14:20:37 CDT 2015 | U. S. Bankruptcy Court<br>1129 Noble Street, Room 117<br>Anniston, AL 36201-4674 | Aarons<br>1720 Alabama 21<br>Oxford, AL 36203 |
| Advance America<br>155 Plaza Lane<br>Oxford, AL 36203-2465 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | American Reeivables Agencies, LLC<br>P.O. Box 34704<br>North Chesterfiled, VA 23234-0704 |
| Anniston Finance<br>1025-A noble St.<br>Anniston, AL 36201-4636 | CashNet USA<br>200 W. Jackson Blvd<br>4th Floor<br>Chicago, IL 60606-6949<br>6941 | Check Depot<br>211 Summit Pkwy #116<br>Birmingham, AL 35209-4742 |
| Check Depot<br>P.O. BOX 10039<br>Oxford, AL 36203-7901 | Check Into Cash<br>647 Snow Street<br>Oxford, AL 36203-1218 | Check N Go<br>100 Commerical Drive<br>Fairfield, Oh 45014-5556 |
| Complete Cash<br>601A South Quintard<br>Anniston, AL 36201-6674 | Diversified Consultants, Inc.<br>P. O. Box 1391<br>Southgate, MI 48195-0391<br>0391 | Mr. Money<br>1117 Noble St.<br>Anniston, AL 36201-4638 |
| QC Financial Services, Inc.<br>6B Hamric Drive<br>Oxrord, AL 36203-2353 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | REGIONAL MANAGEMENT CORPORATION<br>PO BOX 776<br>MAULDIN, SC 29662-0776 |
| REGIONAL MANAGEMENT CORPORATION<br>d/b/a Anchor Finance, Superior Financial<br>PO BOX 776<br>MAULDIN, SC 29662-0776 | REgional Finance<br>1986 U. S. Hwy 78 E<br>Oxford, AL 36203-2020 | Regional Finance<br>1225 East Snow Street<br>Suite 4<br>Oxford, AL 36203-1964 |
| United States Internal Revenue Ser<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Linda Baker Gore<br>NON-PAYMENTS: P.O. Box 1338<br>Gadsden, AL 35902 | Megan Campbell Carpenter<br>Campbell and Campbell, PC<br>P.O. Drawer 756<br>Talladega, AL 35161-0756 |
| Stanley W. Ellswick<br>1127 McPherson St.<br>Oxford, AL 36203-1543 | End of Label Matrix<br>Mailable recipients   24<br>Bypassed recipients    0<br>Total                  24 | |