# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | CASE NO: 15-41196-JJR | |
| STANLEY W. ELLSWICK, ) | | |
| Debtor. ) | CHAPTER 13 | |
| _____) | _____ | |
| ) | | |
| STANLEY W. ELLSWICK, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | AP NO: _____ | |
| ) | | |
| GO FINANCIAL/GFC LENDING, LLC, ) | | |
| Defendant. ) | | |

## COMPLAINT

**COMES NOW** the Plaintiff, Stanley W. Ellswick, by and through his attorneys, and brings the following action to recover damages against Defendant, Go Financial/GFC Lending, LLC:

### PRELIMINARY STATEMENT

1. This action is brought by the Plaintiff, Stanley W. Ellswick (hereinafter "Plaintiff" or "Mr. Ellswick"), against the Defendant, Go Financial/GFC Lending, LLC (hereinafter "Defendant" or "GFC"), for violations of the discharge order, 11 U.S.C. § 1328.

2. This Court has proper subject matter jurisdiction over the alleged discharge violations pursuant to 28 U.S.C. § 157(b) and § 1334. This is a core proceeding.

3. Venue lies in this District pursuant to 28 U.S.C. § 1391(b).

### PARTIES

4. Plaintiff is an individual over the age of nineteen (19) years who resides in Calhoun County, Alabama.

5. GFC is, upon information and belief, a limited liability company doing business in the state of Alabama. Its principal place of business is located at 4020 East Indian School Road,

Case 15-41196-JJR13 Doc 150 Filed 03/18/19 Entered 03/18/19 13:41:17 Desc Main Document Page 1 of 10

Phoenix, AZ 85018. According to the records of the Alabama Secretary of State, its registered agent is Corporation Service Company, Inc., 641 South Lawrence Street, Montgomery, Alabama 36104.

**FACTS**

6. On or about July 31, 2015, Plaintiff filed a Chapter 13 Bankruptcy Petition.

7. On or about October 13, 2015, GFC, through Go Financial, filed a proof of claim alleging that $4,520.32 was owed on a debt secured by a 2002 Volkswagon Jetta. (Claim No. 7.)

8. On or about November 5, 2015 Mr. Ellswick filed a motion to modify his plan which explained that he had attempted to surrender the Jetta prior to filing and that he still wished to do so. This motion was denied on December 9, 2015. (Doc. No. 86.)

9. On or about December 16, 2015, the Chapter 13 Trustee filed a motion to modify to account for the claim filed by GFC. (Doc. No. 95.) This motion was granted by order dated December 18, 2015. (Doc. 96.)

10. The Trustee filed a Certificate of Plan Completion on August 30, 2018, which stated that Mr. Ellswick had made all payments required of him under the plan. (Doc. No. 134.)

11. The Trustee's Final Report shows that GFC was allowed a secured claim of $4,450.32. The report also shows that GFC was paid $4,450.32 in principal and $250.66 in interest. (Doc. No. 137.)

12. After receiving the Certificate of Plan Completion, Mr. Ellswick asked his attorneys about the title to the Jetta.

13. The attorneys' secretary wrote to GFC on October 17, 2018. The letter informed GFC that Mr. Ellswick had paid GFC in full and requested that the title be mailed the undersigned's office. (*See* October 17, 2018 Letter, which is attached hereto as **Exhibit A**.)

14. The attorneys' secretary again wrote to GFC on December 12, 2018. The letter informed GFC that Mr. Ellswick had paid GFC in full and requested that the title be mailed the undersigned's office. (*See* December 12, 2018 Letter, which is attached hereto as **Exhibit B**.)

15. Both of these letters were sent to P.O. Box 29018, Phoenix, AZ 85038, which was the address listed on GFC's proof of claim.

16. Neither Plaintiff nor his attorneys received any response from GFC.

17. On or about December 19, 2018, Plaintiff received a discharge from the Chapter 13. GFC was listed as a Notice Recipient of the Discharge Order. (Doc. No. 145.) (The lapse of time between plan completion and discharge was due to an unresolved dispute with another creditor in Mr. Ellswick's case.)

18. On or about February 21, 2019, Plaintiff's counsel wrote to GFC and demanded, for the third time, that it release the lien on the Volkswagon Jetta. This letter was mailed to the address listed on GFC's proof of claim. (*See* February 21, 2019 letter, which is attached hereto as **Exhibit C**.)

19. As of the date of this filing, GFC has not released its lien on the Jetta.

20. Plaintiff became frustrated by GFC's refusal to release its lien and asked that his attorneys pursue this adversary proceeding.

## COUNT I—DISCHARGE VIOLATION

21. The allegations of paragraphs 1-20 above are re-alleged and incorporated herein by reference.

22. The Bankruptcy Code provides that " . . . . as soon as practicable after completion by the debtor of all payments under the plan . . . the court shall grant the debtor a discharge of all debts provided for by the plan . . . ." 11. U.S.C. § 1328(a).

Case 5:19-ap-00007-JJR Doc 1 Filed 03/13/19 Entered 03/13/19 11:17:41 Desc Main Document Page 3 of 10

23. Mr. Ellswick paid all debts provided for in the plan and received his discharge. In particular, he paid the full amount of the claim filed by GFC through her Chapter 13 plan.

24. By failing to release the lien after Mr. Ellswick had paid the debt in full and received his discharge, GFC violated 11 U.S.C. § 1328(a).

25. As a result of these acts, Mr. Ellswick has been required to obtain the legal services of Harvey B. Campbell, Jr. and J. Gabriel Carpenter of Alabama Consumer Law Group, LLC to represent him in this proceeding.

**PRAYER FOR RELIEF**

**WHEREFORE**, the premises considered, the Debtor/Plaintiff demands judgment against the Defendant, GFC, for its negligent, willful, intentional, and/or gross disregard of 11 U.S.C. § 1328. Plaintiff demands compensatory and punitive damages and that attorneys' fees and costs be awarded to his attorneys. The Plaintiff further prays for such different and other relief as this Honorable Court may deem just and proper, including an order that GFC release the lien on Plaintiff's vehicle.

Respectfully submitted this 13th day of March, 2019.

*/s/ J. Gabriel Carpenter*
_____
Harvey B. Campbell, Jr. and
J. Gabriel Carpenter
Attorneys for Plaintiff
ALABAMA CONSUMER LAW GROUP, LLC
Post Office Drawer 756
Talladega, AL 35161-0756
(256) 761-1858
gabe@aclg.law
buddy@aclg.law

# Exhibit "A"



# ALABAMA CONSUMER
## LAW GROUP, LLC
*A Private Law Firm*

Harvey B. Campbell, Jr.
Shavon L. Richardson
Megan C. Carpenter
J. Gabriel Carpenter
Timothy A. Wyatt
Mary Ruth C. Smitherman

October 17, 2018

GFC Lending
P. O. Box 29018
Phoenix, AZ 85038

    RE: Stanley Ellswick
    Bankruptcy no. 15-41196
    Account no. XXX9033
    Collateral: 2002 VW Jetta

Dear Sir or Madam:

    Mr. Ellswick has completed his Chapter 13. GFC Lending has been paid in full on the above collateral. Would you please mail the title to said vehicle to our office?

    Thanking you in advance.

Sincerely,

Connie C. Bussey
Legal Assistant

CCB

Post Office Drawer 756 • 400 South Court Square • Talladega, Alabama 35161-0756
Phone: (256) 761-1858/1- 800-763- 0310 • Fax: (256) 362-5966
www.aclg.law
WE ARE A DEBT RELIEF AGENCY
WE ARE A PRIVATE COMPANY. WE ARE NOT ASSOCIATED WITH ANY STATE OR FEDERAL GOVERNMENT AGENCY.

# Exhibit "B"



# ALABAMA CONSUMER
# LAW GROUP, LLC
*A Private Law Firm*

Harvey B. Campbell, Jr.
Shavon L. Richardson
Megan C. Carpenter
J. Gabriel Carpenter
Timothy A. Wyatt
Mary Ruth C. Smitherman

December 12, 2018

Go Financial
Attn: Ritchie Pierce
Bankruptcy Specialist
P. O. Box 29018
Phoenix, AZ 85038

    RE: Stanley Ellswick
    Bankruptcy no. 15-41196
    Account no. 9033
    Collateral 2002 VW Jetta 4c

Dear Sir or Madam:

    Mr. Ellswick has paid out his Chapter 13 and Go Financial has been paid. As of this date he has not received his title. Would you please send the title to our office?

    Thanking you in advance.

Sincerely,

Connie C. Bussey
Legal Assistant

CCB

Post Office Drawer 756 • 400 South Court Square • Talladega, Alabama 35161-0756
Phone: (256) 761-1858/1-800-763-0310 • Fax: (256) 362-5966
www.aclg.law
WE ARE A DEBT RELIEF AGENCY
WE ARE A PRIVATE COMPANY. WE ARE NOT ASSOCIATED WITH ANY STATE OR FEDERAL GOVERNMENT AGENCY.

# Exhibit "C"



# ALABAMA CONSUMER
# LAW GROUP, LLC

*A Private Law Firm*

HARVEY B. CAMPBELL, JR.
SHAVON L. RICHARDSON
MEGAN C. CARPENTER
J. GABRIEL CARPENTER
TIMOTHY A. WYATT
MARY RUTH C. SMITHERMAN

THURSDAY, FEBRUARY 21, 2019

Go Financial/GFC Lending, LLC
P.O. Box 29018
Phoenix, AZ 85038

RE: *Stanley Ellxwick*
*Bankruptcy Case No. 15-41196*
*Loan No. XXXX9033*
*Collateral: 2002 Volkswagon Jetta*

To whom it may concern:

As we have previously notified you, this debt has been paid in full. Mr. Ellswick received a discharge from his bankruptcy case in December 2018. Please release the lien on the vehicle immediately. Failure to do so could be deemed a violation of the court's discharge injunction. This is our third attempt to obtain title to the vehicle. Thank you for your prompt attention to this matter.

Sincerely,

J. Gabriel Carpenter
Attorney at Law